# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

|  |  |
|---|---|
| KIMBERLY C. BROWN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:20-cv-02922-JMC-TER |
| EATON CORPORATION, | ) |
| Defendant. | ) |

## RULE 502(d) PROTECTIVE ORDER

Presently before the Court is a motion by Defendant Eaton Corporation (hereinafter "Defendant" or "Eaton") for entry of a protective order pursuant to Federal Rule of Evidence 502(d). Having carefully considered Defendant's Motion, Defendant's request is GRANTED as follows:

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

**IT IS SO ORDERED.**

 s/Thomas E. Rogers, III
Hon. Thomas E. Rogers, III
UNITED STATES MAGISTRATE JUDGE

November 3, 2020
Florence, South Carolina